■ PEOPLE v ALEXANDER COLON. [605 NYS2d 849] —Motion granted to the extent of dismissing the appeal because of appellant's death, and remanding the matter to Supreme Court, as indicated. Concur—Sullivan, J. P., Rosenberger, Ross, Asch and Rubin, JJ.

(November 30, 1993)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCOS MEJIA, Appellant. [604 NYS2d 75] —Order, Supreme Court, New York County (Charles Tejada, J.), entered January 22, 1993, which, after a hearing, granted defendant's motion to suppress physical evidence, unanimously affirmed.

Defendant's re-entry into a building from which he had just emerged upon the appearance of an unmarked police vehicle did not justify the immediate pursuit by the police (see, People v Holmes, 81 NY2d 1056; People v Monegro, 197 AD2d 437; cf., People v Robbins, 196 AD2d 699). Concur—Murphy, P. J., Sullivan, Rosenberger, Ross and Rubin, JJ.

■ In the Matter of RICKY R., a Person Alleged to be a Juvenile Delinquent, Appellant. [605 NYS2d 850] —Order of disposition, Family Court, New York County (George L. Jurow, J.), entered December 31, 1992, which adjudicated appellant a juvenile delinquent following a fact-finding determination (Jeffry H. Gallet, J.), entered December 11, 1992, that the appellant had committed an act, which, if committed by an adult, would constitute the crime of criminal possession of a controlled substance in the fifth degree, and placed him with the New York State Division for Youth, Title II, for a period of eighteen months, unanimously reversed on the law, and the petition dismissed, without costs.

The presentment agency properly concedes, in light of the fact that the supporting deposition, although signed, was not notarized, that the delinquency petition is jurisdictionally defective, and, accordingly, should be dismissed, since the petition failed to conform to Family Court Act § 311.2 (3), requiring the recitation of notarized, non-hearsay allegations establishing, if true, every element of the crime charged and the appellant's commission thereof. Concur—Murphy, P. J., Sullivan, Rosenberger, Ross and Rubin, JJ.